| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 35045 | **DATE** 03/15/2022 |
|---|---|---|---|---|
| **NAME** HENRY, Janise | **OFFICER** Mark Birkholz | **JUDGE** Bernard A. Friedman | | **DOCKET #** 12-CR-20407-09 |

| **ORIGINAL SENTENCE DATE** 06/26/2013 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** II | **TOTAL OFFENSE LEVEL** 32 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 06/29/2021 | | | | |
| **EXPIRATION** 06/28/2024 | | | | |
| **ASST. U.S. ATTORNEY** John O'Brien | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone HCl, Opana Oxymorphone, Hydrocodone, Alprazolam, Carisoprodol, Heroin, and Marijuana

Count 2: 21 U.S.C. § 843(b) and 21 U.S.C. § 843(d)(1), Unlawful Use of a Communication Facility

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 108 months as to Count 1, and 48 months as to Count 2, to run concurrent. Term of imprisonment to be followed by a 36-month term of supervised release as to Count 1, and a 12-month term of supervised release as to Count 2, to run concurrent.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for mental health counseling, if necessary.
2. The defendant shall participate in a program approved by the probation department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
3. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or visibly affected by them. The defendant shall not be found at any place that serves alcohol for consumption on the premises, with the exception of restaurants.
4. The defendant shall take all medications as prescribed by a physician whose care he/she is under, including a psychiatrist, in the dosages and at the times proposed. If the defendant is prescribed a medication, he/she shall

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 35045 | DATE 03/15/2022 |
|---|---|---|---|---|
| NAME HENRY, Janise | OFFICER Mark Birkholz | JUDGE Bernard A. Friedman | | DOCKET # 12-CR-20407-09 |

take it, and the defendant shall not discontinue medications against medical advice.

Criminal Monetary Penalty:  Special Assessment $200.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE.  THE DEFENDANT SHALL REFRAIN FORM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  THE DEFENDANT SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT.  REVOCATION OF SUPERVISED RELEASE IS MANDATORY FOR POSSESSION OF A CONTROLLED SUBSTANCE."<br><br>On February 22, 2022, HENRY reported to the probation department and submitted to a drug test with instant results positive for fentanyl.  HENRY initially denied using any drugs, and later admitted to using her mother's prescription painkillers, but denied using any substance containing fentanyl.  Sample number B04744517 was sent to Abbott Laboratories and was confirmed positive for fentanyl and norfentanyl.<br><br>On March 8, 2022, HENRY reported to the probation department.  She submitted to a drug test with instant results positive for buprenorphine, cocaine, fentanyl, MDMA (ecstasy), methadone, and morphine.  HENRY admitted to using prescribed buprenorphine, and illicit pain pills.  She denied using any other drugs.  Sample number B04744527 was sent to Alere Laboratories and results are pending as of the date of this report. |
| 2 | **Violation of Special Condition:** "THE DEFENDANT SHALL TAKE ALL MEDICATIONS AS PRESCRIBED BY A PHYSICIAN WHOSE CARE HE/SHE IS UNDER, INCLUDING A PSYCHIATRIST, IN THE DOSAGES AND AT THE TIMES PROPOSED.  IF THE DEFENDANT IS PRESCRIBED A MEDICATION, HE/SHE SHALL TAKE IT, AND THE DEFENDANT SHALL NOT DISCONTINUE MEDICATIONS AGAINST MEDICAL ADVICE."<br><br>In December 2021, HENRY tested positive for various drugs, including fentanyl.  She agreed to participate in a medication assisted treatment program through Team Wellness Centers in Detroit, Michigan.  According to the Michigan Automated Prescription System (MAPS), HENRY filled her first prescription for Suboxone on January 4, 2022.  Suboxone prescriptions are filled on a daily basis to prevent abuse and diversion of the drug, and HENRY failed to fill any subsequent prescriptions for her suboxone until March 2, 2022.  As of the date of this report, HENRY has not filled any subsequent prescriptions for her Suboxone. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 35045 | DATE 03/15/2022 |
|---|---|---|---|---|
| **NAME** HENRY, Janise | **OFFICER** Mark Birkholz | **JUDGE** Bernard A. Friedman | | **DOCKET #** 12-CR-20407-09 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Mark Birkholz/mt 313-234-5442 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313 234-5272 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]  The issuance of a summons

[ ]  Other

           s/Bernard A. Friedman
           Senior United States District Judge

           3/16/2022
           Date