UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                    Case No. 2:12-cr-20407-BAF-RSW
                                              Hon. Bernard A. Friedman

Janise Henry,

                Defendant,

_____/

**ORDER REVOKING BOND**

    For the reasons stated on the record at a hearing on 12/7/2022, the bond for Defendant Janise Henry is hereby REVOKED and the defendant is REMANDED to the custody of the United States Marshal.

                                                      s/Bernard A. Friedman
                                                      Bernard A. Friedman
                                                      U.S. District Judge

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/J. Curry-Williams
                                                      Case Manager

Dated:   December 7, 2022